AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| MOHAN TRIKHA, an individual | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) Civil Action No.  5:26-cv-04706  NC |
| JOHN DOE, an individual | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JOHN DOE
bc1qpyxmkzuc3lzc67g7tuq0jgq6tfsgvhudlzen8n
bc1q6f8cyjnldjf8acqd2fxmr9qsee86jaxpzf7jp4
bc1qwvg5p5qfy2glvrxy7d77vplph4k58ll09yj7pd
1APgytVDAsXEK86LSP4G9F6onhCyEAPRF2
bc1qux2x93td0ljuv3zmx6guhz0lx67smru832pp93
bc1qa7u3d4505e8at2a2t6g6wvvsfr3mfs39p5cne6

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   DIANE Y. BYUN
SILVER MILLER
5411 North University Drive - Suite 203
Coral Springs, FL 33067-4637

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Mark B.Busby*

Date:   05/20/2026                                 Felicia Brown

*Signature of Clerk or Deputy Clerk*